USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1424 JOHN F. MCGONDEL, Plaintiff, Appellant, v. DERRY COOPERATIVE SCHOOL DISTRICT, ET AL., Defendants, Appellees.  APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Steven J. McAuliffe, U.S. District Judge] ____________________ Before Selya, Boudin and Stahl, Circuit Judges. ____________________ John F. McGondel on brief pro se. Diane M. Gorrow and  Soule, Leslie, Kidder, Zelin, Sayward & Loughman on Memorandum of Law in Support of Motion for Summary Disposition for appellee Derry Cooperative School District. ____________________ August 18, 1997 ____________________ Per  Curiam. Upon careful review of the record and the parties' filings, we are convinced that the district court properly dismissed the complaint for the reasons stated in its order dated February 19, 1997. Appellant's arguments before this court do not suggest any grounds for reversal. Affirmed. See 1st Cir. Loc. R. 27.1. -2-